IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAREEM HOLLOWAY
ADC # 111757                                                    PLAINTIFF

v.                         No. 5:12-cv-128-DPM-BD

LARRY NORRIS; RAY HOBBS; LARRY
MAY; GREG HARMON; DANNY BURL;
TODD BALL; STEVE OUTLAW; JEREMY
ANDREWS; MOSES JACKSON; P. GREEN;
VICKEY WESTBROOK; and A. MCKINNEY               DEFENDANTS

## ORDER

Holloway has objected to Magistrate Judge Deere's partial
recommended disposition. *Document No. 29*. Having performed a *de novo*
review, the Court adopts in part the partial recommended disposition,
*Document No. 14*, and remands in part for further consideration of one claim.
Holloway's claims against Norris, Hobbs, May, Burl, and Andrews are
dismissed without prejudice. And Holloway's claim that Harmon failed to
respond in a timely fashion to his disciplinary appeals is dismissed with
prejudice.   But the Court is uneasy about dismissing Holloway's
discrimination claim at the screening stage, particularly in light of his
objections and supporting affidavits—papers Judge Deere never saw. The
Court expresses no opinion on the merits of this claim. It does, however,

deserve further consideration.  The Court therefore requests Judge Deere to revisit Holloway's discrimination claim, including whether he should be allowed to amend his complaint.

So Ordered.

D.P. Marshall Jr.
United States District Judge

29 JUNE 2012