# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KAREEM HOLLOWAY**
**ADC # 111757**                                                                **PLAINTIFF**

v.                              No. 5:12-cv-128-DPM-BD

**LARRY NORRIS** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has reviewed Magistrate Judge Deere's two Partial Recommended Dispositions, *Document Nos. 48 & 51*. No one has filed objections. Having reviewed the proposals for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposals as its own.

Holloway's motion for preliminary injunctive relief, *Document No. 45*, is denied. Holloway's claims against Norris, Hobbs, May, Burl, Andrews, Kelley, Payne, Wright, Minor, Gay, and Perry are dismissed without prejudice. The Court now agrees that Holloway's discrimination allegations fail to state a claim. Three claims remain: the due process claim against Outlaw, Green, Jackson, Ball, Wesbrook, McKinney, and Harmon; the

retaliation claim against Outlaw; and the deliberate-indifference claim against Jackson.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

18 October 2012