IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAREEM HOLLOWAY
ADC # 111757                                                                           PLAINTIFF

v.                          No. 5:12-cv-128-DPM-BD

GREG HARMON, Former Warden, East Arkansas
Regional Unit, ADC                                                                  DEFENDANT

### ORDER

It would help the Court to know whether all the exhibits attached to the Defendants' objection, № 76, were in the record before Magistrate Judge Deere. If not, are Defendants asking the Court to accept further evidence? FED. R. CIV. P. 72(b)(3) ("The District Judge . . . *may* receive further evidence . . . .") (emphasis added); *Hynes v. Squillace*, 143 F.3d 653, 656 (2d Cir. 1998)(*per curiam*). The record needs to be clear about this. The Court appreciates the copy of the full deposition transcript, № 77, which it requested informally. Report from Defendants due by 23 August 2013.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 August 2013