IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAREEM HOLLOWAY
ADC # 111757                                                                PLAINTIFF

v.                          No. 5:12-cv-128-DPM-BD

GREG HARMON, Former Warden, East Arkansas
Regional Unit, ADC; TODD BALL, Deputy Warden,
East Arkansas Regional Unit, ADC; STEVE OUTLAW,
Deputy Warden, East Arkansas Regional Unit, ADC;
MOSES JACKSON, III, Captain, East Arkansas
Regional Unit, ADC; PAULETTE GREEN, Classification
Officer, East Arkansas Regional Unit, ADC; VALARIE
WESTBROOK, Classification Officer, East Arkansas
Regional Unit, ADC; and A MCKINNEY, Mental Health
Personnel, East Arkansas Regional Unit, ADC                DEFENDANT

ORDER

The Court appreciates the Defendants' report on the additions to the record. № 79. The Court declines the recommendation, № 75, and refers the case back to Magistrate Judge Deere in light of the new evidence.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2013