# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KAREEM HOLLOWAY**
**ADC # 111757**                                                                    **PLAINTIFF**

v.                          No. 5:12-cv-128-DPM-BD

GREG HARMON, Former Warden, East Arkansas
Regional Unit, ADC; TODD BALL, Deputy Warden,
East Arkansas Regional Unit, ADC; STEVE OUTLAW,
Deputy Warden, East Arkansas Regional Unit, ADC;
MOSES JACKSON, III, Captain, East Arkansas
Regional Unit, ADC; PAULETTE GREEN, Classification
Officer, East Arkansas Regional Unit, ADC; VALARIE
WESTBROOK, Classification Officer, East Arkansas
Regional Unit, ADC; and A MCKINNEY, Mental Health
Personnel, East Arkansas Regional Unit, ADC               **DEFENDANT**

## ORDER

Unopposed recommendation, № 84, adopted. FED. R. CIV. P. 72(b).

Motion to deem facts admitted, № 69, denied as moot. Motion for summary judgment, № 61, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014