IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAREEM HOLLOWAY
ADC # 111757                                                                PLAINTIFF

v.                              No. 5:12-cv-128-DPM

LARRY NORRIS, Former Director, ADC; RAY
HOBBS, Director, ADC; LARRY MAY, Deputy Director,
ADC; GREG HARMON, Former Warden, East Arkansas Regional
Unit, ADC; DANNY BURL, Warden, Arkansas Regional Unit,
ADC; TODD BALL, Deputy Warden, East Arkansas Regional
Unit, ADC; STEVE OUTLAW, Deputy Warden, East Arkansas
Regional Unit, ADC; JEREMY ANDREWS, Major, East Arkansas
Regional Unit, ADC; MOSES JACKSON, III, Captain,
East Arkansas Regional Unit, ADC; PAULETTE GREEN,
Classification Officer, East Arkansas Regional Unit, ADC;
VALARIE WESTBROOK, Classification Officer, East Arkansas
Regional Unit, ADC; A. MCKINNEY, Mental Health
Personnel, East Arkansas Regional Unit, ADC;
WENDY KELLY, Deputy Director, ADC; DEXTER PAYNE,
Deputy Warden, East Arkansas Regional Unit, ADC;
C. WRIGHT, Mental Health Personnel, East Arkansas
Regional Unit, ADC; B. MINOR, Mental Health Personnel,
East Arkansas Regional Unit, ADC; WILLIAM GRAY,
Mental Health Personnel, East Arkansas Regional Unit,
ADC; and M. PERRY, Mental Health Personnel, Arkansas
Regional Unit                                                               DEFENDANTS

JUDGMENT

Holloway's claims against Norris, Hobbs, May, Burl, Andrews, Kelley,

Payne, Wright, Minor, Gay, and Perry are dismissed without prejudice. His

no-meaningful-review, deliberate indifference, and retaliation claims are

dismissed without prejudice based on no exhaustion. His due process claim is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 January 2014