IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KAREEM HOLLOWAY**
**ADC # 111757**                                                                      **PLAINTIFF**

v.                              No. 5:12-cv-128-DPM

**LARRY NORRIS, Former Director, ADC; RAY
HOBBS, Director, ADC; LARRY MAY, Deputy Director,
ADC; GREG HARMON, Former Warden, East Arkansas Regional
Unit, ADC; DANNY BURL, Warden, Arkansas Regional Unit,
ADC; TODD BALL, Deputy Warden, East Arkansas Regional
Unit, ADC; STEVE OUTLAW, Deputy Warden, East Arkansas
Regional Unit, ADC; JEREMY ANDREWS, Major, East Arkansas
Regional Unit, ADC; MOSES JACKSON, III, Captain,
East Arkansas Regional Unit, ADC; PAULETTE GREEN,
Classification Officer, East Arkansas Regional Unit, ADC;
VALARIE WESTBROOK, Classification Officer, East Arkansas
Regional Unit, ADC; A. MCKINNEY, Mental Health
Personnel, East Arkansas Regional Unit, ADC;
WENDY KELLY, Deputy Director, ADC; DEXTER PAYNE,
Deputy Warden, East Arkansas Regional Unit, ADC;
C. WRIGHT, Mental Health Personnel, East Arkansas
Regional Unit, ADC; B. MINOR, Mental Health Personnel,
East Arkansas Regional Unit, ADC; WILLIAM GRAY,
Mental Health Personnel, East Arkansas Regional Unit,
ADC; and M. PERRY, Mental Health Personnel, Arkansas
Regional Unit**                                                                      **DEFENDANTS**

**JUDGMENT**

Holloway's claims against Norris, Hobbs, May, Burl, Andrews, Kelley, Payne, Wright, Minor, Gay, and Perry are dismissed without prejudice. His no-meaningful-review, deliberate indifference, and retaliation claims are

dismissed without prejudice based on no exhaustion. His due process claim is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

23 January 2014